UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
PARK EMPLOYEES' AND RETIREMENT BOARD  :
EMPLOYEES' ANNUITY AND BENEFIT FUND OF :
CHICAGO,                              :
                                      :   20-MC-328 (JMF)
                         Plaintiff,   :
                                      :       ORDER
        -v-                           :
                                      :
ENDO INTERNATIONAL PLC et al.,        :
                                      :
                         Defendants.  :
                                      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On September 18, 2020, Park Employees' and Retirement Board Employees' Annuity and Benefit Fund of Chicago (the "Movant") filed a motion to quash a subpoena on timeliness grounds. The Court is inclined to believe that it would make more sense for the United States District Court for the Eastern District of Pennsylvania, which set the applicable deadline, to adjudicate the motion than for this Court to do so. No later than **September 23, 2020**, the Movant shall serve a copy of this Order on both Siebert Williams Shank & Co., LLC, ("Siebert"), the subject of the subpoena, and the parties that served the subpoena (Endo International plc, Rajiv Kanishka Liyanaarachchie De Silva, Suketu P. Upadhyay, and Paul V. Campanelli) and file proof of such service. No later than **September 25, 2020**, Siebert shall file a letter indicating whether it consents to transfer of the motion to the Eastern District of Pennsylvania pursuant to Rule 45(f) of the Federal Rules of Civil Procedure. By the **same date**, any party opposing transfer shall show cause why "exceptional circumstances" do not justify transfer pursuant to Rule 45(f). Unless and until the Court orders otherwise, the default deadlines under the Local Rules apply to briefing on the motion.

      SO ORDERED.

Dated: September 21, 2020
      New York, New York
                                                  JESSE M. FURMAN
                                                  United States District Judge